PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Rosalie Del Pilar                                       Cr.: 2:08cr464-1
                                                                          PACTS Number: 51568

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 11/10/08

Original Offense: 18 U.S.C. § 641- Embezzlement of Public Money, Property or Records

Original Sentence: 7 months imprisonment (time served), 3 years supervised release with the following special conditions: 6 months community confinement; substance abuse testing/treatment; full financial disclosure; no new debt; cooperate in the collection of DNA; and pay restitution in the amount of $101,978 to the Social Security Administration

Type of Supervision: Supervised Release                          Date Supervision Commenced: 11/10/08

## PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.
[X]  To modify the conditions of supervision as follows. The removal of the following special condition(s):

DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

The offender has no history of substance abuse and does not appear to be in need of testing or treatment. Bear in mind, despite the removal of this condition, she will still be subject to the mandatory three (3) urine tests as a mandatory condition of supervised release.

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 05/24/10

PROB 12B - Page 2
Rosalie Del Pillar

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/26/10
_____
Date