PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Rosalie Del Pilar

**Docket Number:** 08-00464-001
**PACTS Number:** 51568

**Name of Sentencing Judicial Officer:** The Honorable Dennis M. Cavanaugh
United States District Judge

**Date of Original Sentence:** 11/10/2008

**Original Offense:** Theft from the United States Social Security Administration, 18 U.S.C. § 641

**Original Sentence:** 7 months imprisonment (time served); 3 years supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 05/22/09

**Assistant U.S. Attorney:** Bradley Harsch, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Patrick McMahon, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states 'The **defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substances or any paraphernalia related to such substances**". |
| | On June 10, 2010, the offender tested positive for amphetamines and methamphetamine. |
| 2 | The offender has violated the mandatory supervision condition which states As **a condition of supervision, you are instructed to pay restitution in the amount of $101,978 to the Social Security Administration; it shall be paid in the following manner: monthly installments of no less then $100."** |
| | The offender was released from custody on May 22, 2009, and actively supervised since April 1, 2010.  She has not made a single payment toward restitution. |

PROB 12C - Page 2
Rosalie Del Pilar

3           The offender has violated the special supervision condition which states 'You shall reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility.  You shall be eligible for weekend privileges.  You shall pay subsistence as required by the program.'

On June 10, 2010, the offender provided a urine sample to staff at Toler House, a community corrections center that tested positive for amphetamines and methamphetamine.  As a result, on June 18, 2010, she was discharged from the community corrections center.

4           The offender has violated the special supervision condition which states 'The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.'

The defendant was released from the custody of the State of Florida on May 22, 2009, at which time she returned to New Jersey.  She settled in Jersey City, New Jersey and failed to notify the United States Probation Office in the District of New Jersey of her release.

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 06/28/10

THE COURT ORDERS:

[  ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: _Aug. 16, 2010 9:30 AM_
[  ] No Action
[  ] Other

_____
Signature of Judicial Officer

_8/2/10_
Date