PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Rosalie Del Pilar      **Docket Number:** 08-00464-001
                                              **PACTS Number:** 51568

**Name of Sentencing Judicial Officer:** HONORABLE DENNIS M. CAVANAUGH
                                          UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 11/10/2008

**Original Offense:** Theft from the United States Social Security Administration

**Original Sentence:** 7 months imprisonment; 3 years supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 05/22/09

**Assistant U.S. Attorney:** Bradley Harsch, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Patrick McMahon, 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

---

Violation Number      Nature of Noncompliance

1                     The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

                      On January 5, 2010, the offender tested positive for amphetamines and methamphetamine.

2                     The offender has violated the standard supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $101,978 to Social Security Administration; it shall be paid in the following manner: monthly installments of no less then $100.**'

                      The offender has failed to submit a single payment towards her restitution.

PROB 12C - Page 2
Rosalie Del Pilar

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date: 2/7/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.  Date of Hearing: __WED. MARCH 30, 2011 @ 11 AM__
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/16/11
Date

Dennis M. Cavanaugh
U.S. District Judge