```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

United States of America    :

        Plaintiff, :  Cr. No. 8cr464-01(DMC)

    v.                     :

ROSALIE DEL PILAR           :  <u>O R D E R</u>

        Defendant.

    This matter having come before the Court on a violation of supervised released, Maureen Nakly, AUSA appearing on behalf of the government, Patrick McMahon, AFPD, appearing on behalf of the defendant, and Andrea Shumsky, USPO on behalf of Probation; and the court having adjourned the violation of supervised release to permit the defendant time to complete outpatient drug treatment program; and

    For good cause shown;

    It is on this 30th day of April, 2012, hereby ORDERED that the violation Petition filed 9 August 2010 is withdrawn and the defendants Supervised release term as previously imposed on November 13, 2008 is continued with all previously imposed standard and special conditions; and

    The term of supervised release shall expire 7 May 2012, barring any further violations.

                                        DENNIS M. CAVANAUGH, U.S.D.J.